```
                                    FILED
                                    NOV - 8 2007
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY   CF          DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3017-JLS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| DANIEL ONTIVEROS (1), ) VICTOR ONTIVEROS (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about October 11, 2007, within the Southern District of California, defendants DANIEL ONTIVEROS and VICTOR ONTIVEROS, did knowingly and intentionally import approximately 47.33 kilograms (104.13 pounds), of marijuana, Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: November 8, 2007 .

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:Imperial
11/8/07