Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, # 531
San Diego, California 92101
Tel:  619-230-8598
Attorney for Defendant

## UNITED STATES OF AMERICA
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | )  No.  07 CR 03017 JLS |
| | ) |
| Plaintiff, | ) |
| | )  DECLARATION SERVICE BY E-FILING |
| v. | ) |
| | ) |
| DANIEL ONTIVEROS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DECLARATION OF SERVICE:**     My name is Charles N. Guthrie and I declare that on February 5, 2008, I filed by the electronic filing system the following documents:

1) "Sentence Memorandum"; 2) "Motion Downward Departure Aberrant Behavior and Points & Authorities in Support; 3)  Motion Downward Departure Combination of Circumstances and Points & Authorities in Support;  4) Motion Downward Adjustment Over Representation of Criminal History and Points & Authorities in Support; 5) Sentence Summary Chart.

with the United States District Court of the Southern District of California and thereby electronically served Davene Finnel, AUSA, 880 Front Street, Rm. 6293, San Diego, California.

I declare/ certify  the above true under penalty of perjury this February 5, 2008, executed in the City of San Diego, State of California.

S/Charles N. Guthrie
Charles N. Guthrie, Atty at Law

07 CR 03017 JLS