PS 8
(8/88)

# United States District Court
## for
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
FEB 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

U. S. A. vs. ONTIVEROS, DANIEL                Docket No. 07CR3017JLS-001

### Amended Petition for Action on Conditions of Pretrial Release

Comes now Boris Ilic Pretrial Services Officer presenting an official report upon the conduct of defendant DANIEL ONTIVEROS who was placed under pretrial release supervision by the Honorable Peter C. Lewis sitting in the court at San Diego, on the 15th day of October, 2007, under the following conditions:

Restrict travel to Southern & Central Districts of California and do not enter Mexico; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; actively seek and maintain full-time employment, schooling, or combination both and clear all warrants/FTA's within 60 days of release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

**Conditions violated**: Not to possess or use any narcotic drug or other controlled substance.

**Grounds for violation:**
1. The defendant submitted a urine specimen on December 3, 2007, which tested positive for Methamphetamine.
2. The defendant submitted a urine specimen on December 4, 2007, which tested positive for Methamphetamine.

**Conditions violated**: submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse.

**Grounds for violation:**
3. The defendant failed to appear at Mental Health Systems, Inc. (MHS) for drug testing on January 29, 2008.

**PRAYING THAT THE COURT WILL ADDRESS THE ADDITIONAL ALLEGATION AT THE ORDER TO SHOW CAUSE HEARING SET FOR FEBRUARY 5, 2008, AT 1:30 P.M.**

ORDER OF COURT

Considered and ordered this 5th day of February, 2008 and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge Peter C. Lewis

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 2-4-08
Respectfully,

_____ FOR
Boris Ilic, U.S. Pretrial Services Officer

Place   San Diego, California
Date    February 4, 2008